## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERANCE CORPORATION | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 20-cv-7720 <br>) |
| SAMSUNG ELECTRONICS CO. LTD, | ) **RULE 7.1 STATEMENT** <br>) |
| Defendant. | )<br>) |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Verance Corporation certifies that it does not have any parent corporation. Further, there are no publicly held corporations that own 10% or more of Verance Corporation's stock.

Dated: New York, New York
September 18, 2020

Respectfully submitted,

VERANCE CORPORATION

/s/ *J. Christopher Jensen*
J. Christopher Jensen
Cowan Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525
Tel: (212) 790-9204
JCJ@cll.com

|  |  |
|---|---|
| September 18, 2020 | OF COUNSEL<br><br>David E. Lurie<br>Karen E. Friedman<br>Lurie Friedman LLP<br>One McKinley Square<br>Boston, MA 02109<br>Tel: (617) 367-1970<br>dlurie@luriefriedman.com<br>kfriedman@luriefriedman.com<br>(Pending Pro Hac Vice Admission) |